Order entered June 5, 2013



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00154-CR
No. 05-13-00155-CR
No. 05-13-00156-CR
No. 05-13-00157-CR
No. 05-13-00158-CR
No. 05-13-00159-CR
No. 05-13-00160-CR
No. 05-13-00161-CR

**PAUL ALLAN KELSO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-81173-2012, 199-81708-2012, 199-81710-2012, 199-82219-2012,**
**199-82906-2012, 199-82218-2012, 199-81709-2012, 199-82220-2012**

## ORDER

We **GRANT** Official Court Reporter Sheri J. Vecera's May 31, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due on **July 1, 2013.**

/s/     LANA MYERS
        JUSTICE